IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re RONALD LEE CANADA,	No C-14-2432 TEH (PR)

    Plaintiff.

ORDER OF DISMISSAL

       In a notice dated May 27, 2014, the Clerk of the Court directed Plaintiff to complete a civil rights complaint form and an in forma pauperis (IFP) application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed.  The Clerk sent Plaintiff a blank civil rights complaint form as well as a prisoner's IFP application.

       More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court.

       Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions and close the file.

       IT IS SO ORDERED.

DATED   *07/21/2014*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.14\Canada 14-2432 Dismiss.wpd